UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELLY VINCENT MATHEWS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

Case No. 2:20-cv-12

HON. JANET T. NEFF

## **ORDER**

This is a civil action. Defendant filed a Motion to Dismiss (ECF No. 28). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 3, 2021, recommending that this Court dismiss this case for failure to prosecute or, alternatively, grant the motion to dismiss for lack of subject matter jurisdiction. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 37) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is dismissed for failure to prosecute.

A Judgment will be entered consistent with this Order.


Dated: February 25, 2021              /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge